

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,180-01

**EX PARTE MARTHA MELENDEZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 990D04290 IN THE 346TH DISTRICT COURT
### FROM EL PASO COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of murder and sentenced to life imprisonment.

The trial court signed findings of fact and conclusions of law recommending that relief be denied. Habeas counsel has filed an agreed motion to remand the case, alleging that the trial court has set a hearing so that matters relating to providing a complete record can be resolved. We remand this application to the 346th District Court of El Paso County to allow the parties to certify that this Court has the record necessary to decide the issues raised in the writ application.

This application will be held in abeyance until the trial court has resolved the record issues, which shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with any supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: April 15, 2015
Do not publish